COURT OF CRIMINAL APPEALS
CLERK ABEL ACOSTA, CLERK
P.O. BOX 12308, CAPITAL STATION 83,882-02
AUSTIN, TEXAS 78711
(9-25-15)

ROGELIO CORTEZ MARTINEZ
#1901705

CONNALLY UNIT
899 FM 632
KENEDY, TEXAS 78119

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 29 2015

Abel Acosta, Clerk

DEAR CLERK:
PLEASE FILE MY WRIT OF MANDAMUS, TO ORDER THE TRIAL COUNSEL "MY DEFENSE COUNSEL" TO FILE AN AFFADAVITT FROM MY TRIAL. THE COURT HAS THE POWER TO DO SO.

SINCERELY
SUBMITTED
Rogelio Martinez
ROGELIO CORTEZ MARTINEZ
(9-25-15)

This document contains some pages that are of poor quality at the time of imaging.

COVER LETTER

# COURT OF CRIMINAL APPEALS

## MOTION OF LEAVE TO FILE WRIT OF MANDAMUS

### ROGELIO CORTEZ MARTINEZ
#### PETITIONER

## V.

## THE STATE OF TEXAS
### TR. CT. NO. 2011-DCR-02120-C
### WR-83,882-01

## STATEMENT OF THE CASE

PETITIONER, MARTINEZ, CHALLENGES HIS CONVICTION BY AN 11.07.

HE WAS FOUND GUILTY OF BURGULARY OF A HABITATION WHERE HE RECIEVED A LIFE SENTENCE. AN WRIT NO. WAS GIVEN FOR THIS CAUSE, WR-83,882-01, IN TRIAL COURT NO. 2011-DCL-02120-C.

HE HAS RAISED THE ISSUE OF INEFFECTIVE ASSISTANCE OF COUNSEL IN THIS CAUSE.

AN AFFADAVIT FROM TRIAL COUNSEL WAS NEVER RECIEVED BY THE COURTS, EVEN A COPY TO THE DEFENDANT, WAS NOT RECIEVED. THIS GROUND OF INEFFECTIVE ASSISTANCE OF COUNSEL IN THE 11.07 WAS NOT ADDRESSED BY TRIAL COUNSEL. HE SHOULD HAVE RESPONDED BY AN AFFADAVIT ADDRESSED TO THE COURTS. "NOT DONE."

# TABLE OF CONTENTS

| | PG. |
|---|---|
| STATEMENT OF THE CASE | 2 |
| PARTIES | 3 |
| ISSUE PRESENTED | 4 |
| TABLE OF CONTENTS | 1 |

**ISSUE PRESENTED:**

Trial Attorney did not provide an affadavit to the courts in this response to the alligations of ineffective assistance of counsel. The Judge has abused the courts discretion in this 11.07 - under Article 11:07.

The record clearly shows that Exhibit "A" he filed, an 11.07, and the trial judge never gave the trial attorney an order to respond to the defendants (petitioners) 11.07 by an affadavit to the courts which is an abuse of discretion see in re: Christein v. the state

**PRAYER**

Petitioner pray's for relief.

**CERTIFICATE OF SERVICE**

On 9-25-15 petitioner sent (CCP) this mandamus from the Connally Unit at 899 FM 632 Kenedy, TX 78119

Sincerely Submitted

*Rogelio Martinez*

Rogelio Cortez Martinez

9-25-15

(4)

Rogelio Cortez Martinez

# EXHIBIT "A"

## ATTACHED

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP 18 2015

**9/11/2015**
**MARTINEZ, ROGELIO CORTEZ   Tr. Ct. No. 2011-DCR-02120-C   WR-83,882-01**
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

ROGELIO CORTEZ MARTINEZ
CONNALLY UNIT - TDC # 1901705
899 FM 632
KENEDY, TX 78119